UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

**FREDERIC N. SMALKIN**
**CHIEF JUDGE**

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-3840

December 10th, 2002

Robert W. Ludwig, Jr., Esq.
Ludwig and Robinson, PLLC
555 Eleventh Street, N.W., Ste. 850
Washington, D.C. 20004 (by fax to 202-289-1804 and by mail)

Re: National Union, etc. v. Bank of America, N.A., Civ. No. S 02-3719

Dear Mr. Ludwig:

Upon reviewing the defendant's recent motion to dismiss or for summary judgment, I became aware for the first time that the captioned case is related to – indeed, is in part at least, a reincarnation of – a case assigned to Judge Nickerson, viz. National Union, etc. v. Allfirst Bank, et al., Civil No. WMN 02-1591.

Naturally curious as to why this case had been assigned to me, rather than, as should be the situation with related cases under this Court's Local Rules, to Judge Nickerson, I reviewed the Civil Cover Sheet for the present case, which appears to bear your signature. Although the "yes" block is checked for related cases in Item VIII, I could not find, either in my office file or in the Court file, any copy of the "related case form" which you were obligated to file with the Civil Cover Sheet. The purpose for that filing requirement is to avoid precisely the situation that occurred in this case, as I am sure you will readily appreciate.

Therefore, as we have no record of the related case form you were obligated to have filed along with the complaint and civil cover sheet, I should like you to explain its absence from the Court's official records, if you can do so (as, for example, by producing a date-stamped or other contemporaneous copy of that paper, thus showing that we lost the original), within 5 calendar days of the date of this letter. You may fax your explanation to me at 410-962-2686.

Although informal in format, this is nonetheless an order of Court, and it will be so filed and docketed.

Very truly yours,

Frederic N. Smalkin
U.S. District Judge

FNS/fns
cc: Court File - original
    Addressee
    **Dennis P. McGlone, Esq.**