UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 DEC 27  A 9: 36

CLERK'S OFFICE
AT BALTIMORE

------------------------------------------------------------x
NATIONAL UNION FIRE INSURANCE COMPANY    :
OF PITTSBURGH, PA
                                         :
         Plaintiff,                      :
                                         :   Case No. S-02CV3719 _____ DEPUTY
    v.                                   :
                                         :
BANK OF AMERICA, N.A.                    :
                                         :
         Defendants                      :
------------------------------------------------------------x

## ORDER

Upon consideration of plaintiff's unopposed motion for enlargement of time within which to file its response in opposition to defendant's motion to dismiss or, in the alternative, motion for summary judgment, it is hereby

ORDERED, on this 27th day of December, 2002, that plaintiff's motion for an enlargement of time until December 31, 2002 in which to file its response in opposition to defendant's motion to dismiss or, in the alternative, motion for summary judgment, is granted.

_____
United States District Judge

