IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

NATIONAL UNION FIRE INSURANCE     *
COMPANY OF PITTSBURGH, PA.,

                                 *

          Plaintiff,

                                 *       Civil Action No.:  Q-1:02-CV-3719

v.

                                 *

BANK OF AMERICA, N.A.,

                                 *

          Defendant.

                                 *

*  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *

## MOTION FOR LEAVE TO SUBSTITUTE COUNSEL

Defendant Bank of America, N.A., pursuant to Local Rule 101.2.b., by its undersigned counsel, moves for leave to substitute counsel.

       1.      Current counsel, Dennis P. McGlone, Brian L. Moffet, Stephanie D. Cohen and Gordon, Feinblatt, Rothman, Hoffberger, and Hollander, LLC, request leave to withdraw their appearance because of a conflict.

       2.      Bank of America has appointed Kimberley L. Limbrick, Crosswhite, McKenna, Limbrick & Sinclair, LLP as counsel to replace existing counsel.  Ms. Limbrick is a member of the Bar of Maryland and of this Court.

       3.      A proposed order granting leave for the substitution of counsel is attached for the Court's convenience.

       WHEREFORE, Bank of America, N.A., respectfully moves the Court for leave to substitute the counsel of record in this case.

Respectfully submitted,


_____/s/_____
Dennis P. McGlone  (Bar No. 04127)
Gordon, Feinblatt, Rothman,
  Hoffberger & Hollander, LLC
The Garrett Building
233 E. Redwood Street
Baltimore, Maryland 21202
Phone: 410 576-4000
Fax:    410 576-4246


_____/s/_____
Kimberley L. Limbrick (Bar No. 23367)
Crosswhite, McKenna, Limbrick & Sinclair, LLP
405 Frederick Rd., Suite 260
Catonsville, Maryland 21228
Phone:  410-747-4174
Fax:      410-747-7177
email:  kll@cmllaw.net
(signed by Dennis P. McGlone with permission
  of Kimberley L. Limbrick)

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 9th day of May, 2003, a copy of Bank of America's Motion

for Leave To Substitute Counsel and proposed Order was sent electronically to :

Robert W. Ludwig, Jr., Esquire
Ludwig & Robinson, PLLC
555 Eleventh Street, N.W., Suite 850
Washington, D.C. 20004-1304
Attorney for Plaintiff


_____/s/_____
Dennis P. McGlone

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

NATIONAL UNION FIRE INSURANCE      *
COMPANY OF PITTSBURGH, PA.,

     *

          Plaintiff,

     *      Civil Action No.:  Q-1:02-CV-3719

v.

     *

BANK OF AMERICA, N.A.,

     *

          Defendant.

     *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER FOR SUBSTITUTION OF COUNSEL

Whereas, the Bank of America has filed a Motion for Leave To Substitute Counsel, and upon

due consideration, it is hereby this ___ day of ____, 20003

**ORDERED** the Motion for Leave to Substitute Counsel is Granted; and it is further

**ORDERED** that the appearance of Kimberley L. Limbrick shall be entered as counsel of record

for Bank of America; and it is further

**ORDERED** that the appearance of Dennis P. McGlone, Brian L. Moffet, Stephanie D. Cohen

and Gordon, Feinblatt, Rothman, Hoffberger and Hollander, LLC shall be withdrawn.

**SO ORDERED**.

_____
William D. Quarles
Judge, United States District Court
 for the District of Maryland