IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

NATIONAL UNION FIRE INSURANCE   *
CO. OF PITTSBURGH, PA,

      Plaintiff,

                                                  Civil Action No.: S 02 CV-3719

v.

BANK OF AMERICA, N.A.

      Defendant

*      *   *   *   *              *   *   *        *

## ORDER

UPON CONSIDERATION OF the Consent Motion to Vacate Opinion and Order Dated January 15, 2003, and no opposition thereto, it is hereby

ORDERED, on this ___ day of _____, 2003, that the aforementioned motion is GRANTED, and it is

FURTHER ORDERED, that the Opinion and Order entered in the above-caption action on January 15, 2003 are hereby VACATED.

_____
United States District Judge